Daniel C. Girard (SBN 114826)
Adam E. Polk (SBN 237000)
Makenna Cox (SBN 326068)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Tel: (415) 981-4800
dgirard@girardsharp.com
apolk@girardsharp.com
mcox@girardsharp.com

Jason S. Hartley (SBN 192514)
Jason M. Lindner (SBN 211451)
**HARTLEY LLP**
101 West Broadway, Suite 820
San Diego, CA 92101
(619) 400-5822
hartley@hartleyllp.com
lindner@hartleyllp.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEWY GONZALEZ, on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>SILVERGATE BANK, SILVERGATE CAPITAL CORPORATION, and ALAN J. LANE,<br><br>    Defendants. | Case No. 3:22-cv-01981-BEN-WVG<br><br>**NOTICE OF RELATED CASE**<br><br>Civ. L.R. 40.1(f), (g) |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Under Civil Local Rules 40.1(f) and (g), Plaintiff in *Gonzalez v. Silvergate Bank, et al.*, Case No. 3:22-cv-01981-BEN-WVG (S.D. Cal. filed Dec. 14, 2022), believes his action is related to *Zuleta, et al. v. Silvergate Capital Corporation, et al.*, Case No. 3:22-cv-01901-L-AGS (S.D. Cal. filed Dec. 1, 2022), currently pending before the Honorable M. James Lorenz.

*Gonzalez* and *Zuleta* meet the criteria for related cases because the two cases are based on the same or similar claims and involve some of the same parties; and they involve substantially the same facts and the same questions of law.  Civ. L.R. 40.1(g)(1), (g)(3).[1]  The plaintiffs in both *Gonzalez* and *Zuleta* are persons who are unable to recover money or property invested or deposited with FTX, a "cryptocurrency" exchange that filed for Chapter 11 bankruptcy protection on November 11, 2022.  The defendants in both cases include Silvergate Capital Corporation and its Chief Executive Officer Alan J. Lane (collectively, "Silvergate"). Further, the cases arise from similar allegations of fact, asserting that Silvergate knew of and acted in furtherance of fraudulent conduct by FTX, Sam Bankman-Fried, and a related entity, Alameda Capital.  Thus, both cases can be expected to raise similar issues, seek similar discovery, and involve overlapping issues of law and fact.  The same attorneys have entered appearances on behalf of Silvergate in both actions.

Designation of *Gonzalez* as related to *Zuleta* will serve the purposes of the applicable local rule.  Assignment of these actions to a single district court Judge likely will conserve judicial resources, avoid the potential for inconsistent rulings, and result in other economies given that the cases are against overlapping defendants, concern the same underlying actions and inaction by the defendant bank, and will rely on similar evidence.  If, however, the actions were to proceed before different Judges, a substantial

---

[1] In Section VIII of his Civil Cover Sheet, Plaintiff Gonzalez noted that his action is related to *Zuleta*.  *See* Gonzalez Dkt. No. 1-1.

and unnecessary duplication of judicial effort, among other inefficiencies, likely would result. Plaintiff therefore respectfully requests that *Gonzalez* and *Zuleta* be deemed related under Local Rule 40.1(f), and *Gonzalez* reassigned to Judge Lorenz.

Respectfully submitted,

Dated: December 21, 2022

By: /s/ *Daniel C. Girard*
Daniel C. Girard
Adam E. Polk
Makenna Cox
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
(415) 981-4800
dgirard@girardsharp.com
apolk@girardsharp.com
mcox@girardsharp.com

Jason S. Hartley
Jason M. Lindner
**HARTLEY LLP**
101 West Broadway, Suite 820
San Diego, CA 92101
(619) 400-5822
hartley@hartleyllp.com
lindner@hartleyllp.com

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

In addition, I hereby certify that I also caused the foregoing document to be served *via email* to the following non-CM/ECF participant indicated on the Manual Notice List.

Jason M. Lindner
**HARTLEY LLP**
101 West Broadway, Suite 820
San Diego, CA 92101
Telephone: (619) 400-5822
Email: lindner@hartleyllp.com

*Counsel for Plaintiff*

I further certify that I also caused the foregoing document to be served *via email* and *first class mail* to the following attorneys representing the Parties in *Zuleta, et al. v. Silvergate Capital Corporation*, et al., Case No. 3:22-cv-01901-L-AGS:

| | |
|---|---|
| Jack Fitzgerald | Polly Towill |
| Paul K. Joseph | John Michael Landry |
| Melanie Persinger | Madalyn Annabel Macarr |
| Trevor M. Flynn | **SHEPPARD MULLIN RICHTER &** |
| Caroline S. Emhardt | **HAMPTON LLP** |
| **FITZGERALD JOSEPH LLP** | 333 South Hope Street, 43rd Floor |
| 2341 Jefferson Street, Suite 200 | Los Angeles, CA 90071 |
| San Diego, California 92110 | Telephone: (213) 617-5480 |
| Telephone: (619) 215-1741 | Email: ptowill@sheppardmullin.com |
| Email: jack@fitzgeraldjoseph.com | Email: jlandry@sheppardmullin.com |
| Email: paul@fitzgeraldjoseph.com | Email: mmacarr@sheppardmullin.com |
| Email: melanie@fitzgeraldjoseph.com | |
| Email: trevor@fitzgeraldjoseph.com | *Counsel for Defendants Silvergate* |
| Email: caroline@fitzgeraldjoseph.com | *Bank, Silvergate Capital Corporation, and Alan J. Lane* |

| | |
|---|---|
| 1 | Timothy G. Blook |
| 2 | Thomas J. O'Reardon |
|   | James M. Davis |
| 3 | **BLOOD HURST & O'REARDON,** |
| 4 | **LLP** |
|   | 501 West Broadway, Suite 1490 |
| 5 | San Diego, CA 92101 |
| 6 | Telephone: (619) 338-1100 |
|   | Email: tblood@bholaw.com |
| 7 | Email: toreardon@bholaw.com |
| 8 | Email: jdavis@bholaw.com |

*Counsel for Plaintiffs Jose Tomas Sepulveda Zuleta, Tristan Newman, and Michael Lehrer*

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 21, 2022.

By: __/s/ *Daniel C. Girard*__

GIRARD SHARP LLP
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
Email: dgirard@girardsharp.com

4
NOTICE OF RELATED CASE
CASE NO. 3:22-CV-01981-BEN-WVG